UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
239 New Road, Bldg. A, Suite 301
Parsippany, NJ 07054
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Margarita Leonardo,

                       Debtor.

Order Filed on May 11, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No.: 17-29824

Honorable Stacey L. Meisel

Hearing: 5/11/2022

**ORDER IMPOSING STAY PURSUANT 11 U.S.C. §§ 362 (a)(4) and (c)(1)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 11, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Margarita Leonardo
Case No. 17-29824
Caption: ORDER IMPOSING STAY AS TO 347 WEBSTER AVE., JERSEY CITY, NJ
-----------------------------------------------------------------------------------------------------

This matter having come before the Court upon the debtor's Application for an Order Imposing the Automatic Stay as to Secured Creditor, U.S. Bank National Association, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 and the property located at 347 Webster Ave, Jersey City, NJ 07307 and the Court having examined the evidence presented, and for good cause shown:

**ORDERED** that the automatic stay of the Bankruptcy Code contained in 11 U.S.C. §362 thereof be and hereby is to imposed as to Secured Creditor, U.S. Bank National Association, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 and the property located at 347 Webster Ave., Jersey City, NJ 07307 for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362(c)(1) or (c)(2), or a motion for relief is granted under 11 USC § 362;

~~**ORDERED** that the May 13, 2020 Order Vacating Stay as to real property located at 347 Webster Avenue, Jersey City, NJ 07307 is hereby vacated.~~

**ORDERED** that the relief set forth herein modifies the *Order Vacating Stay As To Real Property* entered on May 13, 2020 at ECF No. 154.